IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LUTHER CHARLES RHYMES**                                                             **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 3:13-cv-1061-CWR-FKB**

**DR. C. FAULKS, ET AL.**                                              **DEFENDANT**

## ORDER

      This matter is before the Court pursuant to the Report and Recommendations of United States Magistrate Judge F. Keith Ball entered on October 30, 2014 [Docket No. 23], which clearly notified the respective parties that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's claims are hereby dismissed without prejudice for failure to prosecute.

      **SO ORDERED**, this the 1st day of December, 2014.

                                                 s/ Carlton W. Reeves
                                                 UNITED STATES DISTRICT JUDGE